THE COUNTY OF COOK, Plaintiff-Appellee, *v.* JOSEPH P. HOUGH *et al.,* Defendants-Appellants—(HARRY KROLL, as Trustee under Trust No. 100, *et al.,* Defendants.)

(No. 55797; 

First District—July 10, 1972.

Opinion by Mr. JUSTICE BURKE.

Arnstein & Levin, of Chicago, (Harry G. Fins, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Vincent Bentivenga, Jr., James A. Rooney, and Frederick B. Weinstein, Assistant State's Attorneys, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN DOE, alias TONY THOMAS, alias THOMAS CLEAVES, Defendant-Appellant.

(No. 55963; 

First District—July 10, 1972.

